IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-04-40130-EXE |
|---|---|
| Plaintiff, | **REASSIGNMENT ORDER** |
| v. | |
| DANIEL ANDREAS SAN DIEGO, | |
| Defendant. | |

The Clerk of this Court is to assign this case to the Executive Committee for random reassignment of this case to a United States District Judge in the Oakland Division.

Date: May 30, 2013

U.S. District Judge