ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    helen.gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL ANDREAS SAN DIEGO, <br><br> Defendant. | NO. CR 04-40130 <br><br> NOTICE OF DISMISSAL OF TWO COUNTS IN INDICTMENT |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Two and Count Four of the Indictment returned in this case against DANIEL ANDREAS SAN DIEGO on July 22, 2004.

DATED: December 3, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____
MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL OF TWO COUNTS
No. CR 04-40130

v. 8/4/2021

1     Leave is granted to the government to dismiss Count Two and Count Four of the Indictment

2 returned in this case against DANIEL ANDREAS SAN DIEGO on July 22, 2004.

5 Date: <u>December 6, 2024</u>

                                      HON. YVONNE GONZALEZ ROGERS
                                      United States District Judge