CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

HELEN L. GILBERT (CABN 366563)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:04-cr-10130-YGR |
|     Plaintiff, | |
|     v. | NOTICE OF WITHDRAWAL OF COUNSEL AUSA HELEN GILBERT |
| DANIEL ANDRES SAN DIEGO, | |
|     Defendant. | |

The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise the Court that Assistant United States Attorney Helen Gilbert is no longer assigned to this matter. Please remove AUSA Helen Gilbert from the attorneys to be notified in this case.

DATED: Aug 7, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Helen Gilbert*
Helen Gilbert
Assistant United States Attorney

NOTICE OF WITHDRAWAL OF COUNSEL
4:04-cr-10130-YGR           1